The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FANTASIA TRADING, LLC D/B/A ANKERDIRECT,<br><br>Plaintiff,<br><br>v.<br><br>SLICE ENGINEERING LLC,<br><br>Defendant. | NO.   2:23-cv-01436-KKE<br><br>**DECLARATION OF EDWIN WHEELER IN SUPPORT OF MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES** |

I, Edwin Wheeler, hereby declare and certify as follows:

1. I am over the age of 18 years and am competent to testify. I make this declaration based upon personal knowledge unless otherwise stated herein.

2. I am a partner with the firm Cross-Border Counselor LLP, attorneys for Fantasia Trading, LLC d/b/a AnkerDirect ("AnkerDirect" or "Plaintiff").

3. Defendant Slice Engineering, LLC ("Defendant") is represented by Philipp Ruben and Chris Carani of McAndrews, Held & Malloy, Ltd.

4. Plaintiff requested that Defendant agree to waive service of the summons and complaint for this case pursuant to Federal Rules of Civil Procedure Rule 4, and Defendant has agreed to do so.

DECLARATION OF EDWIN WHEELER IN SUPPORT OF
MOTION FOR EXTENSION OF INITIAL SCHEDULING
DATES- 1
No.  2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

5. I have been engaged in discussions with Defendant's counsel regarding a potential resolution of this action.

6. Although no counsel for Defendant has appeared yet, Defendant's counsel agreed that we should ask the Court to extend the initial scheduling dates set forth in the Court's October 19, 2023 Order (Dkt. 12) by 30-days so that we can continue those discussions in an attempt to resolve the dispute that is the subject of this case.

7. Defendant's counsel approved the language that my co-counsel, Brandi Balanda, sent to the Court making this request on December 7, 2023.

8. I believe it would save the parties and the court resources if the initial scheduling dates were extended by 30-days to allow the parties to continue their settlement discussions.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of December, 2023 at Portola Valley, California.

By: */s/ Edwin Wheeler*
Edwin Wheeler

DECLARATION OF EDWIN WHEELER IN SUPPORT OF MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES- 2
No. 2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 8, 2023 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 8th day of December, 2023 at Seattle, Washington.

_____
Meghan Parker

CERTIFICATE OF SERVICE
No.  2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500