The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FANTASIA TRADING, LLC D/B/A ANKERDIRECT,<br><br>Plaintiff,<br><br>v.<br><br>SLICE ENGINEERING LLC,<br><br>Defendant. | NO.   2:23-cv-01436-KKE<br><br>**DECLARATION OF BRANDI B. BALANDA IN SUPPORT OF MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES** |

I, Brandi B. Balanda, hereby declare and certify as follows:

1. I am over the age of 18 years and am competent to testify. I make this declaration based upon personal knowledge unless otherwise stated herein.

2. I am a partner with the firm Savitt Bruce and Willey LLP, attorneys for Fantasia Trading, LLC d/b/a AnkerDirect ("Plaintiff").

3. Attached hereto as **Exhibit A** is a true and correct copy of a Waiver of the Service of Summons, which I received from counsel for Defendant Slice Engineering, LLC ("Defendant") yesterday (December 7, 2023).

4. Given Defendant has not yet appeared, and that Defendant agreed to waive service yesterday, Plaintiff respectfully asks for a brief extension of the initial scheduling dates

DECLARATION OF BRANDI B. BALANDA IN SUPPORT OF MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES- 1
No.  2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

so that the parties have time to comply with the Court's deadlines if their discussions do not resolve the case before then.

5.      I do not anticipate that Plaintiff will need to move for any further extension of the Initial Scheduling Order now that Defendant has agreed to waive service.

6.      Plaintiff plans to exercise diligence in adhering to the Court's scheduling orders and understands that Defendant does as well.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of December, 2023 at Seattle, Washington.

By: _*/s/ Brandi Balanda*_
Brandi B. Balanda

DECLARATION OF BRANDI B. BALANDA IN SUPPORT OF MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES- 2
No.  2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 8, 2023 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 8th day of December, 2023 at Seattle, Washington.

_____
Meghan Parker

CERTIFICATE OF SERVICE
No. 2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500