UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FANTASIA TRADING LLC, <br>                 Plaintiff(s), <br> v. <br><br> SLICE ENGINEERING LLC, <br>                 Defendant(s). | CASE NO. C23-1436-KKE <br><br> ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF INITIAL SCHEDULING DEADLINES |

This matter comes before the Court on Plaintiff's motion for extension of initial scheduling dates. Plaintiff filed its complaint on September 13, 2023. Dkt. No. 1. On October 18, 2023, this Court entered its first order regarding initial disclosures and joint status report. Dkt. No. 11. The next day, at Plaintiff's request, the Court extended the deadlines by approximately 30 days. Dkt. No. 12. Plaintiff now requests an additional 30-day extension of these deadlines. Dkt. No. 13. Plaintiff explains that Defendant agreed to waive service on December 7, 2023, and that Defendant does not oppose the extension. *Id.* at 2.

Accordingly, the Court GRANTS Plaintiff's motion and extends the initial scheduling deadlines as follows:

- FRCP 26(f) Conference Deadline: January 8, 2024
- Initial Disclosure Deadline: January 22, 2024
- Joint Status Report Deadline: January 29, 2024

Plaintiff is instructed to provide a copy of this order to Defendant's counsel.

Dated this 11th day of December, 2023.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge