The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FANTASIA TRADING, LLC D/B/A ANKERDIRECT,<br><br>Plaintiff,<br><br>v.<br><br>SLICE ENGINEERING LLC,<br><br>Defendant. | NO.  2:23-cv-01436-KKE<br><br>**JOINT STATUS REPORT** |

Pursuant to Local Rule 16(a) and Local Patent Rule 110, Plaintiff Fantasia Trading, LLC d/b/a AnkerDirect ("AnkerDirect") and Defendant Slice Engineering LLC ("Slice") submit the following Joint Status Report.

Counsel met and conferred telephonically on January 8, 2024. AnkerDirect was represented by Edwin Wheeler. Slice was represented by Christopher V. Carani and Philipp Ruben.

JOINT STATUS REPORT - 1
No.  2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**1.      Nature of the Case**

      **a.**      **Plaintiff:**  This is a declaratory judgment action seeking a declaration that Defendant Slice's asserted U.S. Patent No. 11,660,810 (the "'810 patent" or "the Asserted Patent") is invalid and not infringed by Plaintiff AnkerDirect's accused M5C 3-D laser printer.

      **b.**      **Defendant:**  Defendant and Counter-Claim Plaintiff, asserts U.S. Patent No. 10,875,244 (the "'244 patent") and the '810 patent against AnkerDirect's M5C 3-D printer. Slice contends that the '244 and '810 patents are valid and that AnkerDirect has infringed and continues to infringe '244 and '810 patents by importing, offering for sale, and selling in the United States, and including within the Western District of Washington, the M5C 3-D printer. The basis for the claims is statutory, under title 35 of the United States Code. Slice seeks damages for past sales and an injunction.

**2.      Status of the Pleadings**

Defendant Slice expects to file its answer and counterclaims by February 5.[1]  Plaintiff AnkerDirect will file its answer to Defendant's counterclaims by March 1.  The parties do not anticipate joining additional parties.

**3.      Consent to Magistrate Judge**

AnkerDirect does not consent to assignment to a Magistrate Judge.

Slice consents to assignment to a Magistrate Judge.

---

[1] On December 7, 2023, Slice received from AnkerDirect the request for waiver of service and signed the waiver of service. FRCP 4(d)(3) grants Slice an extension of 60 days after the request was sent to answer the complaint, which falls on Monday, February 5, 2024.

JOINT STATUS REPORT - 2
No.  2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**4.     Discovery Plan**

    **a.     Initial disclosures (Local Patent Rules 110(1)).**

In view of ongoing settlement discussions, the parties have agreed to extend the date to exchange initial disclosures pursuant to Rule 26(a)(1) until March 1, 2024.

    **b.     Subjects, timing, and potential phasing of discovery (Local Patent Rules 110(2), (3), (8), and (10)).**

        i.     The parties anticipate that discovery will concern the issues of patent infringement, validity, and damages.

        ii.    The parties have agreed to the normal limits on discovery under the Federal Rules of Civil Procedure and the Local Rules.

        iii.   The parties agree to postpone all fact and expert discovery until after claim construction is complete, with the exception of discovery limited to issues related to claim construction.  The parties anticipate that they will require at least 12 months of fact discovery after claim construction is complete, followed by at least 6 months of expert discovery.

    **c.     Electronically-stored information.**

The parties will confer regarding the nature and scope of ESI, the format for production of ESI, and methodologies for identifying relevant and discoverable ESI for production, and will submit an ESI order for the Court's consideration.

JOINT STATUS REPORT - 3
No. 2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

      d.      **Privilege issues.**

The parties will work together in good faith to resolve any issues regarding privilege. The parties agree that all communications between the respective parties and their counsel after the date of filing this lawsuit are deemed privileged and need not be listed on any privilege log. The parties will agree on procedures for handling inadvertent production of privileged information and other privilege waiver issues, to be included in a protective order to be submitted for the Court's consideration.

      e.      **Proposed limitations on discovery (Local Patent Rules 110(3)).**

The parties have agreed to the normal limits on discovery under the Federal Rules of Civil Procedure and the Local Rules.

      f.      **Discovery-related orders (Local Patent Rules 110(4)).**

          i.      The parties agree to file a proposed stipulated protective order under Rule 26(c) and Local Rule 5(g) for entry by the Court.

          ii.     The parties request the Court issue a Scheduling Order under Rule 16(b) after a Scheduling Conference.

**5.**      **Items set forth in LCR 26(f)(1).**

      a.      **Prompt case resolution.**

The parties are presently engaged in settlement discussions and hope to reach an agreement to resolve the case soon.

JOINT STATUS REPORT - 4
No. 2:23-cv-01436-KKE

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

      b.      **Alternative dispute resolution.**

At this time the parties believe that they will be able to reach a settlement without the use of ADR. If the parties are unable to do so, the parties will consider early ADR as an option to facilitate settlement.

      c.      **Related cases.**

There are no related cases.

      d.      **Discovery management.**

The parties do not anticipate any issues out of the ordinary and believe that discovery can be managed to promote the expeditious and cost-effective resolution of the case by following the limitations on discovery as set forth in applicable federal and local rules, engaging in informal discovery conferences as needed and, if necessary, engaging in discovery conferences with the Court to resolve any disputes. The parties are optimistic that they will be able to cooperate in order to avoid discovery disputes.

      e.      **Anticipated discovery.**

See Paragraph 4(b) above.

      f.      **Phasing of motions (Local Patent Rules 110(5)).**

At this juncture, the parties do not anticipate the need for phased motions.

JOINT STATUS REPORT - 5
No. 2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

     **g.**    **Preservation of discoverable information.**

The parties will work together in good faith to resolve any issues regarding preservation of discoverable information, and the scope of the preservation obligation.

     **h.**    **Privilege issues.**

See Paragraph 4(d) above.

     **i.**    **ESI issues.**

See Paragraph 4(c) above.

**6.**    **Additional Items in Local Patent Rule 110.**

     **a.**    **Any proposed modification of the deadlines provided for in these Local Patent Rules (Local Patent Rule 110(5)).**

The parties do not propose any modification of the deadlines provided in the Local Patent Rules.

     **b.**    **Whether and/or when a tutorial might be scheduled to assist the Court to understand the underlying technology (Local Patent Rules 110(7)).**

The parties agree that a brief technical tutorial on the date and time of the Claim Construction Hearing would be helpful to the Court.

JOINT STATUS REPORT - 6
No. 2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**c.     Whether any party plans to bring a motion for preliminary injunction or a dispositive motion before the Claim Construction Hearing and, if so, the nature of such motion (Local Patent Rules 110(9)).**

The parties do not anticipate filing any dispositive motions before the Claim Construction Hearing.

**d.     Whether the Court should appoint an expert to hear and make recommendations on claim construction issues (Local Patent Rules 110(11)).**

The parties agree that it is unnecessary for the Court to appoint an expert to hear and make recommendations on claim construction issues.

**e.     The nature of the Claims Construction Hearing (e.g., an evidentiary hearing) (Local Patent Rules 110(12)).**

The parties currently anticipate that an evidentiary hearing will not be necessary in this matter.

**f.     Proposed deadlines for discovery, dispositive motions, mediation, and trial dates (Local Patent Rules 110(13)).**

i.     Deadline for fact discovery: 12 months after the claim construction ruling

ii.    Deadline for expert discovery: 6 months after the close of fact discovery

JOINT STATUS REPORT - 7
No. 2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

      iii.    Dispositive motions: 3 months after the close of expert discovery

      iv.    Mediation:  If the parties are unable to reach an early settlement, the parties will consider private mediation as an option to facilitate an agreement.

      v.    Trial Dates: To be discussed with the Court.

**g.    Whether the Court should hold a Scheduling Conference to address the issues raised in the Joint Status Report (Local Patent Rule 11(14)).**

The parties request a Scheduling Conference before the Court enters a scheduling order in this case.

JOINT STATUS REPORT - 8
No. 2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: January 29, 2024

**SAVITT BRUCE & WILLEY LLP**

By */s/ Brandi B. Balanda*
Brandi B. Balanda, WSBA #48836
1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: bbalanda@sbwllp.com

*Of Counsel:*

**CROSS-BORDER COUNSELOR LLP**

Edwin Wheeler, SBN 189991 *(pro hac vice)*
Michael Vella, SBN 151796 *(pro hac vice)*
12555 High Bluff Drive, Suite 190
San Diego, CA 92130
Telephone: 858.338.3383
Email: ewheeler@cbcounselor.com
Email: mvella@cbcounselor.com

*Attorneys for Plaintiff Fantasia Trading, LLC d/b/a AnkerDirect*

DATED: January 29, 2024

*Of Counsel:*

**MCANDREWS, HELD & MALLOY, LTD.**

By */s/ Philipp Ruben [with email authorization]*
Christopher V. Carani
Philipp Ruben
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: 312.775.800
Email: CCarani@mcandrews-ip.com
Email: pruben@mcandrews-ip.com

*Attorneys for Defendant Slice Engineering LLC*

JOINT STATUS REPORT - 9
No. 2:23-cv-01436-KKE

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500