The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FANTASIA TRADING, LLC D/B/A ANKERDIRECT,<br><br>Plaintiff,<br><br>v.<br><br>SLICE ENGINEERING LLC,<br><br>Defendant. | Case No. 2:23-cv-01436-KKE<br><br>**SECOND STIPULATED MOTION AND SCHEDULING ORDER** |

## I.  STIPULATED MOTION

Plaintiff Fantasia Trading, LLC d/b/a Ankerdirect ("Plaintiff") and Defendant Slice Engineering LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties have reached agreement on, and signed, a binding settlement term sheet and are working diligently on drafting, finalizing and executing a final settlement agreement,

WHEREAS, both the binding term sheet provides for, and the final settlement agreement will provide for, the dismissal of the Complaint with prejudice once the final settlement agreement is executed;

WHEREAS, the Parties have stipulated to a sixty (60) day extension of all dates set forth in the Scheduling Order entered on February 16, 2024 to allow sufficient time for the Parties to

SECOND STIPULATED MOTION AND
SCHEDULING ORDER - 1
2:23-CV-01436-KKE

**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

draft, finalize and execute the final settlement agreement;

WHEREAS, the Parties will notify the Court as soon as possible once the final settlement agreement has been executed;

NOW, THEREFORE, the Parties HEREBY AGREE as follows:

The Parties propose that the Court issue a revised Scheduling Order with the following deadlines:

| EVENT | DATE |
| --- | --- |
| Defendant to Answer Complaint; Disclosure of Asserted Claims | June 4, 2024 |
| Non-infringement and Invalidity Contentions | July 5, 2024 |
| Proposed Terms for Construction | July 26, 2024 |
| Preliminary Claim Construction | August 26, 2024 |
| Joint Claim Construction | October 11, 2024 |
| Construction Expert Disclosures | October 11, 2024 |
| Completion of Claim Construction Discovery | December 2, 2024 |
| Opening Claim Construction Brief | December 6, 2024 |
| Responsive Claim Construction Brief | December 23, 2024 |
| Claim Construction Hearing | To be set by further Court order |
| Claim Construction Order/Opening of Discovery | To be set by further Court order |
| Expert testimony disclosure | 9 months after Claim Construction Order |
| Discovery Close | 12 months after Claim Construction Order |
| Deadline to File Dispositive Motions and Motions challenging expert testimony | 2 months after Discovery Close |
| Motions in limine | 35 days before Trial Date |
| Pretrial Order | 21 days before Trial Date |
| Trial briefs, proposed voir dire, deposition designations | 14 days before Trial Date |
| Trial Date | To be set by further Court order |

SECOND STIPULATED MOTION AND SCHEDULING ORDER - 2
2:23-cv-01436-KKE

1  SO STIPULATED AND AGREED this 4th day of April 2024.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **CHRISTENSEN O'CONNOR JOHNSON KINDNESS, PLLC** |
| By: */s/Brandi B. Balanda*<br>Brandi B. Balanda, WSBA #48836<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 98101-2272<br>Telephone:  206.749.0500<br>Facsimile:   206.749.0600<br>Email: bbalanda@fennemorelaw.com | By: */s/John D. Denkenberger*<br>John D. Denkenberger, WSBA #25907<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101<br>Telephone:  206.682.8100<br>Facsimile:   206.224.0779<br>Email: john.denkenberger@cojk.com |
| *Of Counsel:* | *Of Counsel:* |
| **CROSS-BORDER COUNSELOR LLP** | **MCANDREWS, HELD & MALLOY, LTD.** |
| By: */s/Edwin Wheeler*<br>Edwin Wheeler, SBN 189991(*pro hac vice*)<br>Michael Vella, SBN 151796 (*pro hac vice*)<br>12555 High Bluff Drive, Suite 190<br>San Diego, CA 92130<br>Telephone:  858.338.3383<br>Email: ewheeler@cbcounselor.com<br>Email: mvella@cbcounselor.com | By: */s/Philipp Ruben*<br>Christopher V. Carani (*pro hac vice*)<br>Philipp Ruben (*pro hac vice*)<br>500 West Madison Street, 34th Floor<br>Chicago, Illinois 60661<br>Telephone: 312.775.800<br>Email: CCarani@mcandrews-ip.com<br>Email: pruben@mcandrews-ip.com |
| *Attorneys for Plaintiff Fantasia Trading, LLC d/b/a Ankerdirect* | *Attorneys for Defendant Slice Engineering  LLC* |

## II. ORDER

IT IS HEREBY ORDERED that the case schedule shall be set as follows:

| EVENT | DATE |
|---|---|
| Disclosure of Asserted Claims | June 4, 2024 |
| Non-infringement and Invalidity Contentions | July 5, 2024 |
| Proposed Terms for Construction | July 26, 2024 |
| Preliminary Claim Construction | August 26, 2024 |
| Joint Claim Construction | October 11, 2024 |
| Construction Expert Disclosures | October 11, 2024 |
| Completion of Claim Construction Discovery | December 2, 2024 |
| Opening Claim Construction Brief | December 6, 2024 |
| Responsive Claim Construction Brief | December 23, 2024 |
| Claim Construction Hearing | To be set by further Court order |
| Claim Construction Order/Opening of Discovery | To be set by further Court order |
| Expert testimony disclosure | 9 months after Claim Construction Order |
| Discovery Close | 12 months after Claim Construction Order |
| Deadline to File Dispositive Motions and Motions challenging expert testimony | 2 months after Discovery Close |
| Motions in limine | 35 days before Trial Date |
| Pretrial Order | 21 days before Trial Date |
| Trial briefs, proposed voir dire, deposition designations | 14 days before Trial Date |
| Trial Date | To be set by further Court order |

IT IS SO ORDERED:

DATED this 5th day of April, 2024.

Kymberly K. Evanson
United States District Judge

2:23-cv-01436-KKE